**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-10120

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

MARKITA KEYUNA LATISHA TIDWELL,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 7:23-cr-00348-ACA-SGC-2

————————————

Before JORDAN, BRANCH, and KIDD, Circuit Judges.

PER CURIAM:

Thomas Goggans, appointed counsel for Markita Keyuna Latisha Tidwell in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to

2                           Opinion of the Court                    25-10120

*Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Tidwell's conviction and sentence are **AFFIRMED**.